**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ADRIAN L. LACEY, | * |
| BOP Reg. No. 08013-003, | * |
| | * |
|     Plaintiff, | * |
| | * CIVIL ACTION NO. 24-00264-JB-B |
| vs. | * |
| | * |
| LT. PETTWAY, *et al*., | * |
| | * |
|     Defendants. | * |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 15, 2024 (Doc. 7) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED without prejudice** as malicious for abuse of the judicial process pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**DONE and ORDERED** this 6th day of September, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE