```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

ADRIAN L. LACEY,                     \*
BOP Reg. No. 08013-003,              \*
                                     \*
    Plaintiff,                     \*
                                     \* CIVIL ACTION NO. 24-00264-JB-B
vs.                                  \*
                                     \*
LT. PETTWAY, *et al.*,               \*
                                     \*
    Defendants.                    \*

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** as malicious for abuse of the judicial process pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

**DONE and ORDERED** this 6th day of September, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE